Date: 02/28/11

Page: 1

**DIVIDENDS REMITTED TO THE COURT**
Check Number 1013 Dated 02/28/11
Case Number 08-42352 - YOUNG, CRAIG GERALD

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| NORTHERN STATE POWER CO<br>DBA XCEL ENERGY<br>3215 COMMERCE ST<br>LA CROSSE WI 54603 | 000001 | 879.98 | 4.00 |
| Southdale Anesthesiologists<br>Anesthesiologists<br>14700 28th Ave N Ste 20<br>Plymouth MN 55447 | 000009 | 227.77 | 1.04 |
| ---------- Remittance Total ---------------- | | 1,107.75 | 5.04 |

_____
TIMOTHY D. MORATZKA, Trustee

RECEIVED 11 MAR -3 AM 9:36 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

COURT1

Printed: 02/28/11 03:18 PM   Ver: 16.01c