UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: CRAIG GERALD YOUNG AND RICHELLE YOUNG

Chapter 7 Case No. 08-42352

Please Check One:

☒ **Unclaimed Dividends**

☐ Distribution Less Than $5

RECEIVED 11 AUG 22 AM 9:47 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

Receipt # 193787
08-22-11

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Xcel Concrete<br>7363 Norling Avenue SW<br>Cokato, MN  55321 | 7 | $12873.50 | $58.58 |

Dated: August 9, 2011

/e/Timothy D. Moratzka
Timothy D. Moratzka, Trustee

1432888.1-TDM